**No. 67310.**—U.S. Divers Co. *v.* United States, protest 62/1183 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of diving masks or parts thereof similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 2, 1963

**No. 67311.**—American Pecco Corp. *v.* United States, protest 59/7897 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.